FILED IN OPEN COURT
ON 7/24/07
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### Docket No. 5:05-M-897-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Rashad Rose** | ) | |

On this the 23rd day of July, 2007, comes Erica W. Foy, U.S. Probation Officer, in open court at Raleigh, North Carolina, who shows the court that Rashad Rose appeared before the Honorable William A. Webb, U.S. Magistrate Judge, on March 14, 2006, and pursuant to an earlier plea of guilty to 21 U.S.C. § 844(a), Simple Possession of Marijuana, was sentenced to a 12-month term of probation.

From evidence presented, the court finds as a fact that Rashad Rose, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Criminal conduct.
3. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
4. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 3 months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 23rd day of July, 2007.

David W. Daniel
U.S. Magistrate Judge